JOHN R. BAILEY
Nevada Bar No. 0137
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
ISABEL C. OSORIO
Nevada Bar No. 16949
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JLiebman@BaileyKennedy.com
IOsorio@BaileyKennedy.com

*Attorneys for Defendant*
*Culinary Workers Union Local 226*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIZABETH RENTERIA, an individual,

Plaintiff,

vs.

CULINARY WORKERS UNION LOCAL 226, a labor organization; UNITE HERE EDUCATION AND SUPPORT FUND, a domestic nonprofit corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:26-cv-02258-CDS-MDC

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CULINARY WORKERS UNION LOCAL 226 TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Elizabeth Renteria ("Plaintiff") and Defendant Culinary Workers Union Local 226 ("Defendant Union") (together, the "Parties") hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint on July 24, 2026. (ECF No. 1.)

2. Defendant Union was served with the Complaint and Summons on September 24, 2026.

3. Prior to Defendant Union's counsel being retained, the Parties agreed to extend the deadline to file a response to the Complaint.

4. The current deadline for Defendant Union to file its response to the Complaint is October 30, 2026.



BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

5. Defendant Union's counsel was recently retained to represent Defendant Union in this matter.

6. To allow Defendant Union's newly retained counsel time to prepare a response, the Parties stipulate and agree to extend the deadline for Defendant Union to file its response to the Complaint by thirty (30) days, extending the deadline to November 30, 2026[1].

7. This is the first Stipulation of the Parties requesting an extension of Defendant Union's deadline to file a response to the Complaint.

8. This Stipulation is made in good faith and not to delay the proceedings.

Dated this 29th day of October, 2026.

**BAILEY❖KENNEDY**

By: */s/ John R. Bailey*
JOHN R. BAILEY
JOSEPH A. LIEBMAN
ISABEL C. OSORIO

*Attorneys for Defendant*
*Culinary Workers Union Local 226*

Dated this 29th day of October, 2026.

**BOURASSA LAW GROUP**

By: */s/ Mark J. Bourassa*
MARK J. BOURASSA
Nevada Bar No. 7999
2350 West Charleston Boulevard
Suite 100
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*
*Elizabeth Renteria*

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2026

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

---

[1] Thirty days from Friday, October 30, 2026, is Sunday, November 29, 2026. Monday, November 30, 2026, is the next judicial day.